# United States Bankruptcy Court
## District of Oregon

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Berjac of Oregon** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**Berjac of Portland** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **93-0550755** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2620 River Rd #200**<br>**Eugene, OR**<br>ZIP CODE **97404** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Lane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**POB 40266**<br>**Eugene, OR**<br>ZIP CODE **97404** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☑ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

### Tax-Exempt Entity (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Berjac of Oregon** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **Not Applicable**<br>Signature of Attorney for Debtor(s)      Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

                           _____
                           (Name of landlord that obtained judgment)

                           _____
                           (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Berjac of Oregon** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/s/ Keith Y. Boyd**
Signature of Attorney for Debtor(s)

**Keith Y. Boyd  Bar No.  760701**
Printed Name of Attorney for Debtor(s) / Bar No.

**The Law Offices of Keith Y. Boyd**
Firm Name

**724 S. Central Ave, Suite 106**
Address

**Medford, OR 97501**

**(541) 973-2422**     **(541) 973-2426**
Telephone Number

**8/31/2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael S. Holcomb**
Signature of Authorized Individual

**Michael S. Holcomb**
Printed Name of Authorized Individual

**General Partner**
Title of Authorized Individual

**8/31/2012**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# District of Oregon

In re **Berjac of Oregon**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Broughton Living Trust dtd 1-13-05**<br>**Albert & Connie Broughton, Trustees**<br>**2611 Melrose Rd**<br>**Roseburg OR 97471** | **Albert & Connie Broughton, Trustees**<br>541-672-1097<br>**Broughton Living Trust dtd 1-13-05**<br>**Albert & Connie Broughton, Trustees**<br>**2611 Melrose Rd**<br>**Roseburg OR 97471** | Loan | | **$2,841,084.00** |
| **Karotko, Mike**<br>**32689 Hidden Meadows**<br>**Eugene OR 97405** | **Mike Karotko**<br>541-726-7625<br>**Karotko, Mike**<br>**32689 Hidden Meadows**<br>**Eugene OR 97405** | Loan | | **$1,751,278.00** |
| **Shelton, Robert**<br>**16902 Royal Coachman**<br>**Sisters OR 97759** | **Robert Shelton**<br>541-985-5688<br>**Shelton, Robert**<br>**16902 Royal Coachman**<br>**Sisters OR 97759** | Loan | | **$1,652,609.00** |
| **Ramsey-Waite Co**<br>**Mike Karotko**<br>**4258 Franklin Blvd**<br>**Eugene OR 97403** | **Mike Karotko**<br>541-726-7625<br>**Ramsey-Waite Co**<br>**Mike Karotko**<br>**4258 Franklin Blvd**<br>**Eugene OR 97403** | Loan | | **$1,384,976.00** |
| **Karotko, George & Yvonne**<br>**756 McKenzie Crest Dr**<br>**Springfield OR 97477** | **George & Yvonne Karotko**<br>541-736-1613<br>**Karotko, George & Yvonne**<br>**756 McKenzie Crest Dr**<br>**Springfield OR 97477** | Loan | | **$1,187,227.00** |

Case 12-63884-tmr7    Doc 1    Filed 08/31/12

B4 (Official Form 4) (12/07)4 -Cont.

In re **Berjac of Oregon** , Case No. _____
    Debtor                              Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Theodore & Loretta Glass Joint Trust**<br>**Loretta Glass, Trustee**<br>**2483 Northhampton St**<br>**Eugene OR 97404** | **Loretta Glass, Trustee**<br>**541-688-7637**<br>**Theodore & Loretta Glass Joint Trust**<br>**Loretta Glass, Trustee**<br>**2483 Northhampton St**<br>**Eugene OR 97404** | Loan | | $978,435.00 |
| **Dorothy J Larkin Rev Living Trust**<br>**Richard L Larkin, Successor Trustee**<br>**POB 2127**<br>**Corvallis OR 97339** | **Richard Larkin**<br>**541-207-3089**<br>**Dorothy J Larkin Rev Living Trust**<br>**Richard L Larkin, Successor Trustee**<br>**POB 2127**<br>**Corvallis OR 97339** | Loan | | $736.374.00 |
| **Hutchinson, Tim, Leslie, & Nicholas**<br>**550 SW Viewmont Dr**<br>**Portland OR 97225** | **Tim Hutchinson**<br>**451-457-0459**<br>**Hutchinson, Tim, Leslie, & Nicholas**<br>**550 SW Viewmont Dr**<br>**Portland OR 97225** | Loan | | $674,768.00 |
| **Barents, Bruce**<br>**6404 Gleneagles**<br>**Tyler TX 75703** | **Bruce Barents**<br>**903-525-9070**<br>**Barents, Bruce**<br>**6404 Gleneagles**<br>**Tyler TX 75703** | Loan | | $673,475.00 |
| **Karotko, Stan**<br>**862 River Knoll Way**<br>**Springfield OR 97477** | **Stan Karotko**<br>**541-726-7625**<br>**Karotko, Stan**<br>**862 River Knoll Way**<br>**Springfield OR 97477** | Loan | | $629,343.00 |
| **Van Sant, Luella G**<br>**Van Sant, Dennis**<br>**Van Sant, Steven**<br>**2788 Firwood Way**<br>**Eugene OR 97401** | **Luella G Van Sant**<br>**541-343-4805**<br>**Van Sant, Luella G**<br>**Van Sant, Dennis**<br>**Van Sant, Steven**<br>**2788 Firwood Way**<br>**Eugene OR 97401** | Loan | | $611,411.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Berjac of Oregon**, Case No. _____
        Debtor
        Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Mock, Paralee & A.L., Trustees Rev Trust 5-22-07** 3580 Game Farm Rd E Springfield OR 97477 | **Paralee & A.L. Mock** 541-726-2163 Mock, Paralee & A.L., Trustees Rev Trust 5-22-07 3580 Game Farm Rd E Springfield OR 97477 | Loan | | $566,101.00 |
| **Brown, Edgar C & Mary Ann** POB 40430 Eugene OR 97404 | **Edgar C & Mary Ann Brown** 541-912-6775 Brown, Edgar C & Mary Ann POB 40430 Eugene OR 97404 | Loan | | $543.537.00 |
| **Curtis Restaurant Equip Inc** Attn Bill Kottas POB 7307 Eugene OR 97401 | **Bill Kottas** 541-746-7480 Curtis Restaurant Equip Inc Attn Bill Kottas POB 7307 Eugene OR 97401 | Loan | | $519,864.00 |
| **McCarty, Barbara J** 1660 Stoney Ridge Rd Eugene OR 97405 | **Barbara J McCarty** 541-343-4330 McCarty, Barbara J 1660 Stoney Ridge Rd Eugene OR 97405 | Loan | | $512,394.00 |
| **Wildish Standard Paving Co** POB 40310 Eugene OR 97404 | **Steven J Wildish** 541-485-1700 Wildish Standard Paving Co POB 40310 Eugene OR 97404 | Loan | | $511,200.00 |
| **Butler Family Trust dtd 10-4-94** Glenn & Kathleen Butler, Trustees 2214 E 24th St Florence OR 97439 | **Glenn & Kathleen Butler, Trustees** 541-997-3148 Butler Family Trust dtd 10-4-94 Glenn & Kathleen Butler, Trustees 2214 E 24th St Florence OR 97439 | Loan | | $501,843.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Berjac of Oregon**                , Case No. _____
                  Debtor                    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **First America Reserve Trust**<br>**Gordon Vaughan**<br>**10097 S Cottoncreek Dr**<br>**Highlands Ranch CO 80126** | **Gordon Vaughan**<br>303-347-1146<br>**First America Reserve Trust**<br>**Gordon Vaughan**<br>**10097 S Cottoncreek Dr**<br>**Highlands Ranch CO 80126** | Loan | | $462,047.00 |
| **Rex, George & Melissa**<br>**1650 NW Murray Rd**<br>**Portland OR 97229** | **George & Melissa Rex**<br>503-319-2994<br>**Rex, George & Melissa**<br>**1650 NW Murray Rd**<br>**Portland OR 97229** | Loan | | $450.000.00 |
| **Charlene S Cox Rev Trust dtd**<br>**10-15-97**<br>**Charlene S Cox, Trustee**<br>**2883 Martinique Ave**<br>**Eugene OR 97408** | **Charlene S Cox, Trustee**<br>541-344-8139<br>**Charlene S Cox Rev Trust dtd**<br>**10-15-97**<br>**Charlene S Cox, Trustee**<br>**2883 Martinique Ave**<br>**Eugene OR 97408** | Loan | | $443,204.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Michael S. Holcomb, General Partner of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **8/31/2012**                        Signature: **/s/ Michael S. Holcomb**

                                         **Michael S. Holcomb ,General Partner**
                                         (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Keith Y. Boyd, OSB #760701
keith@boydlegal.net
The Law Offices of Keith Y. Boyd
724 S. Central Ave., Suite 106
Medford, OR 97501
Telephone: 541-973-2422
Facsimile: 541-973-2426
    Of Attorneys for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No. |
|---|---|
| Berjac of Oregon,<br><br>    Debtor. | CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS |

    I hereby certify that on August 31, 2012, I served full and complete copies of the following:

1. List of Creditors Holding 20 Largest Unsecured Claims; and
2. Self-adhesive labels for the debtors, parties designated to perform the debtors' duties, debtors' attorney, and each creditor on the List of Creditors Holding 20 Largest Unsecured Claims.

by depositing in the United States mail at Eugene, Oregon, by first class mail, postage prepaid, addressed to the following:

        Office of the U.S. Trustee
        Wayne L. Morse Courthouse
        405 East 8th Avenue, Suite 1100
        Eugene, OR 97401

    DATED this 31st day of August, 2012.

                THE LAW OFFICES OF KEITH Y. BOYD

                By:    /s/ Keith Y. Boyd
                        Keith Y. Boyd, OSB #760701
                        Of Attorneys for Debtor in Possession

CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - **Page 1 of 1**