UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

**Berjac of Oregon**

Debtor(s)

Case No. **12-63884-tmr11**

**CREDITOR CHANGE OF ADDRESS**

CLERK. US BANKRUPTCY COURT
DISTRICT OF OREGON

2013 AUG 21 PM 3: 27

LODGED_____RECD_____
PAID_____DOCKETED_____

**Note to Debtors:** If you wish to add a new creditor to this case, you must file LBF #728 and pay the required filing fee. If you submit a creditor address different from the one listed on the most recent proof of claim by that creditor, the court will send any notices to the creditor at both addresses.

**Creditor Name:** Mary Nuwer

| Old Address: | New Address: |
|---|---|
| 3472 Olive Street<br>Eugene, OR 97405-3355 | c/o James Coons<br>PO Box 10886<br>Eugene, OR 97440 |

**Creditor Phone Number:** 541-683-4275

**If you are a creditor who has already filed a claim:** Please enter the claim number and check the appropriate box. You need <u>not</u> file an amended claim to update <u>only</u> an address.

**Claim No.** _____

**Please use the new address for:** ☐ Notices only  ☐ Payments only  ☒ Notices **and** Payments

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

Date: 7-15-13

Signature (Required)
Mary Nuwer

Type/ Print Signer's Name
541-683-4275 / Creditor

OSB # (if attorney)

Signer's Phone # and Relation to Case

*Further Information About Address Changes*
Address changes for debtors must be filed on LBF #101D. Other parties may file an address change by letter which includes the case number, debtor's name, date, and the filer's signature.

*Further Information About Adding A New Party or Creditor to a Case [also see above Note to Debtors]*
An ECF Participant who wishes to receive notice must electronically file a text-only Notice of Appearance or Special Notice Request. Any other party who wishes to receive notice must file a written request with the court.

101C (2/19/13)