UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. **12-63884-tmr7**
**Berjac of Oregon** )
)
) **CREDITOR CHANGE OF ADDRESS**
Debtor(s) )

> **Note to Debtors:** If you wish to add a new creditor to this case, you must file LBF #728 and pay the required filing fee. If you submit a creditor address different from the one listed on the most recent proof of claim by that creditor, the court will send any notices to the creditor at both addresses.

**Creditor Name:** Mary Nuwer

**Old Address:**
c/o James K. Coons
PO Box 10886
Eugene, OR 97440

**New Address:**
c/o James K. Coons
3472 Olive Street
Eugene, OR 97405

**Creditor Phone Number:** 541-683-4275

**If you are a creditor who has already filed a claim:** Please enter the claim number and check the appropriate box. You need <u>not</u> file an amended claim to update <u>only</u> an address.

**Claim No.** 27

**Please use the new address for:** ☐ Notices only ☐ Payments only ☒ Notices <u>and</u> Payments

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

Date: 12-15-15    Signature (Required): *Mary Nuwer*
Mary Nuwer
Type/ Print Signer's Name    OSB # (if attorney)
541-683-4275, Creditor
Signer's Phone # and Relation to Case

*Further Information About Address Changes*
Address changes for debtors must be filed on LBF #101D. Other parties may file an address change by letter which includes the case number, debtor's name, date, and the filer's signature.

*Further Information About Adding A New Party or Creditor to a Case [also see above Note to Debtors]*
An ECF Participant who wishes to receive notice must electronically file a text-only Notice of Appearance or Special Notice Request. Any other party who wishes to receive notice must file a written request with the court.

101C (2/19/13)