UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                                   )
                                                        ) Case No._____
                                                        )
                                                        ) CHAPTER 7 TRUSTEE'S
                                                        ) INTERIM REPORT
                                                        ) NUMBER _____
                                                        )
Debtor(s)                                               )

    The trustee, _____, reports upon the financial condition of the estate and progress of its administration as follows:

|  | Amounts Since Last Report | Total From Date Case Began Under Ch. 7 |
|---|---|---|
| <u>Estate Monies</u> | | |
| 1. Receipts | $_____ | $_____ |
| Disbursements | $_____ | $_____ |
| BALANCE ON HAND | | $_____ |

2. The following estate property has not yet been liquidated:


3. The trustee proposes to take the following action to liquidate the property mentioned in paragraph 2 (Do not include payments owing by the debtor(s), but not yet due):


4. The trustee expects to complete liquidation of the assets and file a final account (Give expected date or estimated period of time):

5. The trustee believes the sum of $_____ could be disbursed for interim compensation and administrative expenses at this time without jeopardizing the viability of the estate.

6. The trustee expects to make a distribution to creditors (Give expected date or estimated period of time, or if stating "NONE" then also state reasons why not):


7. The Court has appointed the following professionals to perform duties in this case (Provide names and types of duties only if the persons have not received final compensation):


8. The trustee is currently obligated to pay a maximum of $_____ for administrative expenses owed to non-professionals.  [If case converted from Chapter 11 to 7]  The maximum amount of all timely filed claims for Chapter 11 administrative expenses is $_____.

9. Additional comments:



DATE:_____

                                                                                       _____

753 (12/12/88)                                                                                                      Trustee

Berjac of Oregon
Case No. 12-63884-tmr7

Attachment to Chapter 7 Trustee's Interim Report #8:

**Paragraph 3–Trustee Action to Liquidate Remaining Estate Assets:**

1. Jasper Junction Property:   The property is being marketed for sale through commercial realtor John Erving.  An offer had been conditionally accepted, subject to a buyer's due diligence period.

2. Litigation against Thomas Dean/Paulsen Trust/Bailey Hill Dental Pension Plan:   The litigation is in the process of being settled following a mediation with Judge Alley.   A Trustee's Motion & Notice of Intent to Settle & Compromise was approved by the court and mailed to creditors on 08/15/17.  See Case Docket #1559.

3. Claim against Jones & Roth insurer under stipulated judgment:    The Trustee and the Class Action Plaintiffs are proceeding with collection action against one of Jones & Roth's insurers who did not participate in the earlier settlement of the case.

**Paragraph 7–Professionals Appointed in the Case:**

    6.  Rosenthal, Greene & Devlin      Trustee's Special Counsel

    7.  David Rekdahl      Trustee's Accountant

    8.  Bullivant, Houser, Bailey      Trustee's General Counsel (Terminated)

All the professional named in Paragraph 7, except for Kent & Johnson, Rosenthal Greene & Devlin and David Mills, were appointed to represent the Chapter 11 Trustee in the Chapter 11 phase of the case.  David Mills was appointed to represent the Unsecured Creditors Committee in the Chapter 11 phase of the case.

The following professionals also were appointed in the Chapter 11:

    Krista Lacis      Business Analyst for Chapter 11 Trustee

    Wilson Muhlheim      Special Counsel for Chapter 11 DIP & Special Counsel for Chapter 11 Trustee

    Keith Boyd      General Counsel for Chapter 11 DIP

[F:\TOM\Berjac.Attachment.Ch7.InterimReport#8.wpd]