John W. Stephens, OSB No. 773583
stephens@eslerstephens.com
Michael J. Esler, OSB No. 710560
esler@eslerstephens.com
**ESLER, STEPHENS & BUCKLEY, LLP**
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

Of Attorneys for Charlene Sue Cox, Trustee of Charlene Sue Cox Revocable Trust Dated 10-9-08 and Timothy A. Hutchinson

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re: | ) | **Case No. 12-63884-tmr7** |
| **Berjac of Oregon** | ) | |
| Debtor(s) | ) | **OBJECTION TO MOTION TO SETTLE AND COMPROMISE** |
| | ) | |

    Creditors Charlene Sue Cox, Trustee of Charlene Sue Cox Revocable Trust Dated 10-9-08 and Timothy A. Hutchinson object to the Trustee's Motion to Settle and Compromise the Trustee's claims against the Jones & Roth CPA firm. Charlene Cox and Hutchinson, along with eight other plaintiffs, filed the Oregon Securities Law Class action in Multnomah County Circuit Court against the banks and other persons who aided the Berjac securities scheme. This Class action yielded settlements that have been an enormous source of economic relief for the investors who are creditors in this bankruptcy.

    Over the course of 2016-17, the Class action plaintiffs and the Trustee reached settlements with Jones & Roth whereby the Class action plaintiffs and the Trustee each

Page 1 of 3     OBJECTION TO MOTION TO SETTLE AND COMPROMISE     ESLER, STEPHENS & BUCKLEY LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

Case 12-63884-tmr7     Doc 1678     Filed 10/18/18

obtained stipulated judgments for $3.5 million each from Jones & Roth. As a part of the settlements with Jones & Roth, the Class action plaintiffs and the Trustee agreed that they would divide any future <u>joint</u> settlements 50-50. The Class action plaintiffs and the Trustee each served writs of garnishment on Liberty Insurance Underwriters, Jones & Roth's liability insurance carrier. Liberty removed both proceedings to U.S. District Court. The two proceedings were consolidated and went to hearing before the Honorable Michael Mosman. Judge Mosman ruled against the Class action plaintiffs and the Trustee, and the court entered a <u>joint</u> judgment against the Class action plaintiffs <u>and</u> the Trustee in the amount of $5,396 in costs. The Class action plaintiffs and the Trustee filed a <u>joint</u> notice of appeal to the Ninth Circuit, and in September, they filed a <u>joint</u> Opening Brief.

Consistent with the 50-50 provision in the settlement, it was understood between the Class action plaintiffs and the Trustee that they would share-and-share-alike the $5,396 obligation on a 50-50 basis. In negotiating his settlement with Liberty, however, the Trustee has not made any provision to take care of his share of $5,396 <u>joint</u> judgment. Instead, he has made an arrangement whereby Liberty will not go after the Trustee on the <u>joint</u> judgment. The effect of that is that the entire $5,396 <u>joint</u> judgment will be imposed on the Class action plaintiffs. That is unfair, and it is contrary to the agreement between the Class action plaintiffs and the Trustee.

It is particularly unfair given the fact that the Class action plaintiffs, more than any other parties, are responsible for obtaining a lions-share of the relief that has been received

Page 2 of 3     OBJECTION TO MOTION TO SETTLE AND COMPROMISE

ESLER, STEPHENS & BUCKLEY LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

Case 12-63884-tmr7    Doc 1678    Filed 10/18/18

by the investors who are creditors in this bankruptcy. The Class action plaintiffs received no compensation for their efforts aside from their regular share of the settlement proceeds. It is unfair that they should now bear more than 50% of the $5,396 joint judgment.

On top of that, failing to resolve this issue via this Objection would simply generate post-petition claims by the Class action plaintiffs under Section 503. It makes the most sense to resolve this matter now.

For the foregoing reasons, the Objection to the motion to settle and compromise should be sustained until such time as the Trustee resolves his share of the outstanding <u>joint</u> judgment.

DATED this 18th day of October, 2018.

ESLER, STEPHENS & BUCKLEY, LLP

  s/ John W. Stephens
John W. Stephens, OSB No. 773583
stephens@eslerstephens.com

Page 3 of 3      OBJECTION TO MOTION TO SETTLE AND COMPROMISE

ESLER, STEPHENS & BUCKLEY LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

Case 12-63884-tmr7    Doc 1678    Filed 10/18/18

**CERTIFICATE OF SERVICE**

I certify that on October 18, 2018 copies of **OBJECTIONS TO MOTION TO SETTLE AND COMPROMISE** were mailed and emailed to:

| | |
|---|---|
| Thomas A. Huntsberger<br>tom@tahpc.com<br>Thomas A Huntsberger PC<br>870 W Centennial Blvd<br>Springfield, OR 97477 | ☐ by hand-delivery<br>☐ by facsimile<br>☒ by first class mail<br>☒ by e-mail<br>☐ by CM/ECF system transmission |
| Thomas A. Gerber<br>tom.gerber@tnslaw.net<br>Tarlow Naito & Summers LLP<br>4380 SW Macadam Ave, Suite 515<br>Portland, OR 97239 | ☐ by hand-delivery<br>☐ by facsimile<br>☒ by first class mail<br>☒ by e-mail<br>☐ by CM/ECF system transmission |

DATED this 18th day of October

   s/John W. Stephens
John W. Stephens OSB No. 773583
stephens@eslerstephens.com
Of Attorneys for Creditors Charlene Sue Cox, Trustee of Charlene Sue Cox Trust Dated 10-6-08 and Timothy A. Hutchinson

Page 1 of 1    **CERTIFICATE OF SERVICE**

ESLER, STEPHENS & BUCKLEY, LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

Case 12-63884-tmr7    Doc 1678    Filed 10/18/18